UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BENJAMIN E. THURMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-CV-00258-JRG-DCP |
| | ) | |
| KNOX COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith:

1. Defendant Knox County's motion to dismiss this action for failure to state a claim upon which relief may be granted under § 1983 [Doc. 11] is **GRANTED**;

2. This action is **DISMISSED**;

3. Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken from this decision would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

4. The Clerk is **DIRECTED** to close this case.

So ordered.

ENTER:

                                    s/J. RONNIE GREER
                              UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT:

   s/ *John L. Medearis*
   District Court Clerk